UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED JAN 2 4 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CONSENT TO EXERCISE OF SETTLEMENT JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE

1472 NEPTUNE LLC,
          Plaintiff

v.

PAUL H. MEARDON et al.
          Defendants.

CASE NUMBER: 19-CV-2070-W(WVG)

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

The parties, having settled this case, by signing below further voluntarily consent to the jurisdiction of United States Magistrate Judge William V. Gallo, until June 1, 2023, to decide:
(1) all disputes regarding settlement terms arising during the documentation thereof not resolved by the parties themselves; and,
(2) all disputes arising out of the terms of the settlement agreement once completed;
AND, that any decision by the Magistrate Judge regarding any such dispute(s), 1 or 2, above, shall be **FINAL AND BINDING, WITH NO APPEAL**. The intent of the parties is to provide the Magistrate Judge plenary authority to achieve finality regarding disputes between/among the parties, to reduce the risk of future litigation, minimize expense, and afford a venue for the parties to solve disputes with a minimum of expense.

| Signatures | Date |
|---|---|
| For 1472 Neptune LLC | 1/14/2020 |
| circle one each: (Plaintiff/Defendant) and (Attorney/Client) | |
| [signature] William | 1-14-2020 |
| circle one each: (Plaintiff/Defendant) and (Attorney/Client) | |
| [signature] Paul H Meardon | 01/17/2020 |
| circle one each: (Plaintiff/Defendant) and (Attorney/Client) | |
| [signature] | 1/17/2020 |
| circle one each: (Plaintiff/Defendant) and (Attorney/Client) | |
| [signature] | 1/21/2020 |
| circle one each: (Plaintiff/Defendant) and (Attorney/Client) | |

circle one each: (Plaintiff/Defendant) and (Attorney/Client)

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable William V. Gallo, United States Magistrate Judge, for all settlement proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), FRCP 73 and the foregoing consent of the parties.

1/21/2-            [signature]
Date            Sr. United States District Judge Thomas J. Whelan