1  William J. Caldarelli (SBN 149573)
   William M. Lange (SBN 319145)
2  **CALDARELLI HEJMANOWSKI PAGE & LEER LLP**
   3398 Carmel Mountain Road, Suite 250
3  San Diego, California 92121
   (858) 720-8080
4  wjc@chpllaw.com; wml@chpllaw.com
   Attorneys for 1472 Neptune, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1472 NEPTUNE, LLC, a California Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PAUL H. MEARDON, an individual and as trustee of the Paul H. Meardon Trust dated July 23, 2004; and VINCE MEARDON, an individual,<br><br>　　　　Defendants.<br><br>AND RELATED CASE | Lead Case No. 3:19-cv-02070-BEN-WVG<br><br>Related Case No. 3:19-cv-02220-JLS-AGS<br><br>**JOINT MOTION FOR VOLUNTARY MUTUAL DISMISSAL WITH PREJUDICE BY:**<br>　(1) **1472 NEPTUNE, LLC;**<br>　(2) **PAUL H. MEARDON; AND**<br>　(3) **VINCE MEARDON**<br><br>**[FRCP 41(a)]** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** THAT, having resolved all disputes and claims, between them in both Case No. 3:19-cv-02070-BEN-WVG and Related Case No. 3:19-cv-02220-JLS-AGS, plaintiff 1472 Neptune, LLC, and defendants Paul H. Meardon, individually and as trustee of the Paul H. Meardon Trust dated July 23, 2004, and Vince Meardon, by and through their respective counsel of record, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, now stipulate and jointly move the Court for dismissal with prejudice of the actions between them in their entirety, including: (a) 1472 Neptune, LLC's complaint and claims for relief against Paul H. Meardon and Vince Meardon; and (b) Paul H. Meardon's and Vince Meardon's complaint and claims for relief against 1472 Neptune, LLC, with each side and party bearing their own fees and costs incurred.

Pursuant to Dkt. No. 13, Magistrate-Judge William V. Gallo will retain jurisdiction over the parties and the matters until June 1, 2023, for the purpose of enforcing the terms of the settlement between the parties.

Dated: February 3, 2020        **CALDARELLI HEJMANOWSKI PAGE & LEER LLP**

By: /s/William J. Caldarelli
William J. Caldarelli
William M. Lange

**IPLA, LLP**

By: *s/ Zayde J. Khalil*
John M. Kim
Zayde J. Khalil

Attorneys for plaintiff 1472 NEPTUNE, LLC

| | | |
|---|---|---|
| 1 | Dated: February 3, 2020 | **NOVARE LAW GROUP** |
| 2 | | By: *s/ Michael B. McDonnell* |
| 3 | | Michael B. McDonnell<br>Douglas M. Field |
| 4 | | Attorneys for defendants Paul H. Meardon and Vince Meardon |
1  Dated: February 3, 2020        **NOVARE LAW GROUP**

2                                 By:    *s/ Michael B. McDonnell*
3                                        Michael B. McDonnell
                                         Douglas M. Field
4
                                  Attorneys for defendants Paul H. Meardon and Vince Meardon
5

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby attest that all other signatories listed, and on whose behalf this stipulation is submitted, concur in the content of the stipulation and have authorized its filing.

*/s/ William J. Caldarelli*
WILLIAM J. CALDARELLI