UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1472 NEPTUNE LLC,<br><br>        Plaintiff,<br><br>v.<br><br>PAUL H. MEARDON *et al.*,<br><br>        Defendants. | Case No.: 19-CV-2070-WVG<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

  The joint motion to dismiss is GRANTED and IT IS HEREBY ORDERED that 1472 Neptune, LLC's complaint and claims for relief against Paul H. Meardon and Vince Meardon in Case No. 19-CV-2070-WVG are DISMISSED with prejudice.

  The undersigned Magistrate Judge will retain jurisdiction over the parties and the matter until June 1, 2023, for the purpose of enforcing the terms of the settlement between the parties.

**IT IS SO ORDERED.**

DATED: February 6, 2020

                       _____
                       Hon. William V. Gallo
                       United States Magistrate Judge